# Third District Court of Appeal

## State of Florida

Opinion filed September 28, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1312
Lower Tribunal No. 13-12675
_____

**Willie Owens,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Dennis Murphy, Judge.

Willie Owens, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before WELLS, SHEPHERD and SALTER, JJ.

WELLS, Judge.

We treat the instant appeal as a belated appeal from the June 7, 2016 order denying appellant's March 10, 2016 Rule 3.850 motion, and affirm same.